# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-1710
LT Case No. 2018-DR-001620-A
_____

AUSTIN YANKY,

Appellant,

v.

JENA MILLER,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Christopher S. Ferebee, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm, LLC,
Jacksonville, for Appellant.

Adam J. Kohl, of Adam J. Kohl, P.A., Jacksonville, for Appellee.

November 14, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____